Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW DIMATTEO,<br><br>    Defendant. | Civil Case No. 3:13-cv-04658-FLW-LHG |

### PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES [CM/ECF 15]

PLEASE TAKE NOTICE, Plaintiff hereby withdraws its Motion to Strike Defendant's Affirmative Defenses, filed January 17, 2014 [CM/ECF 15].

Dated: February 25, 2014

                                            Respectfully submitted,

                              By:    */s/ Patrick J. Cerillo*
                                                Patrick J. Cerillo, Esq.
                                                Patrick J. Cerillo, LLC
                                                4 Walter Foran Blvd., Suite 402
                                                Flemington, NJ 08822
                                                T: (908) 284-0997
                                                F: (908) 284-0915
                                                pjcerillolaw@comcast.net
                                                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of February, 2014, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parities receiving electronic notification via the Court's CM/ECF electronic filing.

          By:  /s/ *Patrick J. Cerillo*
              Patrick J. Cerillo, Esq.