# PATRICK J. CERILLO, LLC

## ATTORNEY AT LAW

PATRICK J. CERILLO*, Esq.
JOHN P. CIONE, Esq.** Of Counsel
** Licensed in New York

4 WALTER FORAN BLVD.
SUITE 402
FLEMINGTON, NJ 08822

BASKING RIDGE OFFICE
88 SOUTH FINLEY AVENUE
BASKING RIDGE, NJ 07920

Alla S. Fromm, Litigation Paralegal
afrommlaw@comcast.net
Christie P. Fay, Real Estate Paralegal
pjcrealestate@comcast.net
*Qualified Family Mediator per R. 1:40

VOICE:  (908) 284-0997
FAX: (908) 284-0915

**REPLY TO:**
FLEMINGTON OFFICE

EMAIL: pjcerillolaw@comcast.net

April 8, 2014

The Honorable Lois Goodman, Magistrate Judge
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: Malibu Media v. Andrew DeMatteo
     Case No: 3:13-cv-04658-FLW-LHG

Dear Judge Goodman:

     With regard to the above-referenced matter, this letter is to advise the court that plaintiff's Motion for Extension of Time Within Which to Effectuate Service on Defendant is now moot since plaintiff filed proof of service and defendant filed his Answer. Therefore, this motion can be terminated.

Very truly yours,

Patrick J. Cerillo, Esquire

PJC/af
Cc:     Leslie Ann Farber,  Esquire