Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW DIMATTEO,<br><br>    Defendant. | Civil Case No. 3:13-cv-04658-FLW-LHG |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Malibu Media, LLC ("Plaintiff"), and Defendant Andrew DiMatteo ("Defendant"), through their attorneys, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted against each other in this matter are hereby dismissed with prejudice. Defendant has advised Plaintiff of her intent to move to seal the record, to which Plaintiff does not oppose.

WHEREFORE, Plaintiff and Defendant respectfully request that this Court enter an order dismissing with prejudice all Plaintiff's and Defendant's claims against each other, with each party to bear its own attorneys' fees and costs.

Consistent herewith Plaintiff and Defendant consent to the Court having its case closed for administrative purposes.

Dated: June 12, 2014

1

Respectfully submitted,

/s/ *Patrick J. Cerillo*
Patrick Cerillo, Esquire
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
Phone: 908-284-0997
pjcerillolaw@comcat.net
*Attorney for Plaintiff*

/s/ *Leslie Ann Farber*
Leslie Ann Farber, Esquire
33 Plymouth Street
Suite 204
Montclair, NJ 07042
leslie.farber@verizon.net
973-509-8500
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2014, the foregoing *Stipulation of Dismissal* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ *Patrick J. Cerillo*
Patrick J. Cerillo

Patrick J. Cerillo, Esq.
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

---

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW DIMATTEO, <br><br> Defendant. | Civil Case No. . 3:13-cv-04658-FLW-LHG |

## ORDER ON STIPULATION FOR DISMISSAL

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff's and Defendant Andrew DiMatteo's claims against each other with prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. All Plaintiff's and Defendant Andrew DiMatteo's claims against each other in this matter are hereby dismissed with prejudice.

2. Each party shall bear its own attorneys' fees and costs.

3. This case is closed for administrative purposes.

SO ORDERED this ___ day of _____, 2014.


By: _____
**UNITED STATES MAGISTRATE JUDGE**